| | |
|---|---|
| 1 | TIMOTHY J. MCCAFFERY, State Bar No. 154668 |
| | tjm@llcllp.com |
| 2 | JASON B. SHANE, State Bar No. 253908 |
| | jshane@llcllp.com |
| 3 | LOMBARDI, LOPER & CONANT, LLP |
| | Lake Merritt Plaza |
| 4 | 1999 Harrison Street, Suite 2600 |
| | Oakland, CA  94612-3541 |
| 5 | Telephone:     (510) 433-2600 |
| | Facsimile:      (510) 433-2699 |
| 6 | |
| 7 | Attorneys for Defendant |
| | POLAM FEDERAL CREDIT UNION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SLYWESTER SLOJEWSKI, | Case No.  CV 09-3011 JCS |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | Judge:     Hon. Joseph C. Spero |
| POLAM FEDERAL CREDIT UNION, | |
| Defendant. | |

Defendant POLAM FEDERAL CREDIT UNION hereby requests the Court approve the substitution of Lombardi, Loper & Conant, LLP, Lake Merritt Plaza, 1999 Harrison Street, Suite 2600, Oakland, California  94612, Telephone:  (510) 433-2600 as attorney of record in place and instead of Bartlett, Leader-Picone & Young, LLP.

I have given proper notice and further consent to the above substitution.

Dated: August 12, 2009

By:_____/s/ Mark Chrzanowski_____
MARK CHRZANOWSKI
For POLAM FEDERAL CREDIT UNION

00525-39066 JBS 574101.1                                                                                                  Case No. CV 09-3011 JCS

SUBSTITUTION OF ATTORNEY

1     I am duly admitted to practice in this District and accept the substitution.

2   Dated: August 12, 2009                    LOMBARDI, LOPER & CONANT, LLP

                                                 By:     /s/ Jason B. Shane
                                                              JASON B. SHANE
                                                              Attorneys for Defendant
                                                             POLAM FEDERAL CREDIT UNION

Dated:   August 12, 2009                    BARTLETT, LEADER-PICONE & YOUNG, LLP

                                                By:     /s/ Malcolm Leader-Picone
                                              MALCOLM LEADER-PICONE
                                              Former Attorneys for Defendant
                                              POLAM FEDERAL CREDIT UNION

IT IS SO ORDERED.

Dated: __August 14_____, 2009

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612 -3541