1  TIMOTHY J. MCCAFFERY, State Bar No. 154668
   tjm@llcllp.com
2  JASON B. SHANE, State Bar No. 253908
   jshane@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699

6

7  Attorneys for Defendant
   POLAM FEDERAL CREDIT UNION

8
                    UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11

12 | SYLWESTER SLOJEWSKI,           | Case No.  CV 09-3011 JCS
13 |         Plaintiff,              | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
14 |     v.                          | Date:    February 26, 2010
15 | POLAM FEDERAL CREDIT UNION,     | Time:    1:30 p.m.
   |                                 | Judge:   Hon. Joseph C. Spero
16 |         Defendant.              |

17      IT IS HEREBY STIPULATED by and between Plaintiff SYLWESTER SLOJEWSKI and

18 Defendant POLAM FEDERAL CREDIT UNION, through their designated counsel, that the Case

19 Management Conference in the above-captioned action, currently set for February 26, 2010, be

20 and hereby is continued until March 12, 2010.  This stipulation is based upon the parties' inability

21 to find an agreeable date for a continued mediation before March 4, 2010.

22

23 Dated: February 25, 2010                        LAW OFFICE OF PETER N. HADIARIS

24

25                                                By:_____Peter N. Hadiaris_____
                                                        PETER N. HADIARIS
26                                                      Attorneys for Plaintiff
                                                        SYLWESTER SLOJEWSKI
27

28

00525-39066 JBS 581330.1                - 1 -                    Case No. CV 09-3011 JCS
           **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

1

Dated: February 26, 2010                    LOMBARDI, LOPER & CONANT, LLP

2

3

                                            By:      Jason B. Shane
4                                                   JASON B. SHANE
                                               Attorneys for Defendant
5                                           POLAM FEDERAL CREDIT UNION

6

7   IT IS SO ORDERED.

8   Dated:  Feb. 26  , 2010

9                                           
10                                          UNITED STATES MAGISTRATE JUDGE

11

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00525-39066 JBS 581330.1                   - 2 -                    Case No. CV 09-3011 JCS
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**