TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
POLAM FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLWESTER SLOJEWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>POLAM FEDERAL CREDIT UNION,<br><br>    Defendant. | Case No. CV 09-3011 JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT POLAM FEDERAL CREDIT UNION'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:   June 4, 2010<br>Time:   1:30 p.m.<br>Judge:  Hon. Joseph C. Spero |

Defendant Polam Federal Credit Union's Request for Telephonic Appearance at the June 4, 2010 Case Management Conference is granted. The Court will initiate the telephone call to Counsel for Defendant Polam Federal Credit Union, Jason B. Shane, Telephone: (860) 651-8713 or (415) 728-1528.

IT IS SO ORDERED.

DATED: __June 2_____, 2010

_____
UNITED STATES MAGISTRATE JUDGE

[Seal: United States District Court, Northern District of California — signed by Judge Joseph C. Spero]

00525-39066 JBS 585134.1                                            Case No. CV 09-3011 JCS

**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE**