UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLWESTER SLOJEWSKI., | No. C-09-3011 JCS |
| Plaintiff, | **ORDER FOR JOINT STATEMENT OF UNDISPUTED FACTS** |
| v. | |
| POLAM FEDERAL CREDIT UNION, | |
| Defendant. | |
| _____/ | |

Defendant has filed a motion for summary judgment, which is set for hearing on September 17, 2010. Plaintiff opposes the motion and has filed a cross motion for summary judgment. The Court's Standing Order on Motions for Summary Judgment provides as follows:

> The parties shall file a joint statement of undisputed facts. If the parties are unable to reach complete agreement after meeting and conferring, they shall file a joint statement of the undisputed facts about which they do agree. Separate statements of undisputed facts shall not be filed and will not be considered by the Court.

Civil Standing Orders for Magistrate Judge Joseph C. Spero, Revised 11/03/08, ¶ 17. No joint statement has been filed, despite Defendant's apparent efforts to do so in connection with the filing of its motion. *See* "Declaration of Jason B. Shane Regarding Attempts to Obtain Joint Statement of Uncontroverted Material Facts in Support of Defendant Polam Federal Credit Union's Motion for Summary Judgment," (Docket No. 40). The parties are required to submit a joint statement in compliance with the Court's Standing Order. The statement is past due.

//
//
//
//
//

Accordingly, the parties shall file a joint statement of undisputed facts in compliance with the Court's Standing Order by **Wednesday, September 8, 2010 at 12:00 p.m.** Any party who objects to a proposed fact without a reasonable basis for doing so may be subject to sanctions. Similarly, the Court may deem any proposed fact to which Plaintiff does not respond to be undisputed.

IT IS SO ORDERED.

Dated: September 3, 2010

JOSEPH C. SPERO
United States Magistrate Judge

2